FILED
CIVIL INTAKE
2017 JUL -7 PM 2:15
JOHN T. FREY
CLERK, CIRCUIT COURT
FAIRFAX, VA

**VIRGINIA:**

**IN THE CIRCUIT COURT OF FAIRFAX COUNTY**

| | | |
|---|---|---|
| **TERRI L. WILLIAMS** | § | |
| **Plaintiff,** | § | |
| **V** | § | |
| **ROBERT KNIGHT** | § | |
| **Defendant.** | § | **Case No.** 2017 09459 |
| **SERVE:** | § | |
| **JAMES VOYLES, ESQ** | § | |
| **VOYLES, ZAHN & PAUL**<br>**141 EAST WASHINGTON STREET**<br>**SUITE 300**<br>**INDIANAPOLIS, INDIANA 46204** | § | |

## COMPLAINT

COMES NOW Plaintiff Terri L. Williams by and through undersigned counsel and sues Defendant Robert Knight and for cause of action states:

The acts and omissions complained of occurred in the Commonwealth of Virginia in violation of state law.

## PARTIES

1. Plaintiff Terri L. Williams (hereinafter "Williams") is a 14-year veteran of the U.S. Army (ret), married female with an adult son. She is now, and at the time of the events complained of herein, a resident of Fairfax County, Virginia.

2. Defendant Robert Knight (hereinafter "Bobby Knight"), based upon information and belief, is now and was at the time of the events complained of herein a resident of Indianapolis, Indiana.

**FACTS COMMON TO ALL COUNTS**

3. On or about July 10, 2015 Bobby Knight was scheduled to speak at an engagement for the National Geospatial-Intelligence Agency ("NGA").[1]

4. Mrs. Williams was employed by NGA at the time of the events complained of herein. Her specific duties during the July 10th event included coordinating speakers such as Bobby Knight, escorting him to the "Green Room" and to the stage for his presentation.

5. Just after Mrs. Williams escorted Bobby Knight to the stage, Mr. Knight inappropriately patted and grabbed her buttocks in front of "many individuals", including her co-workers.

6. Mrs. Williams was horrified and embarrassed causing her coworkers to constantly check with her during the ensuing days with regards to her well-being.

7. Shortly thereafter, the incident was reported to the highest level of the Agency, specifically to Robert Cardillo, Director of the National Geospatial Intelligence Agency. The director of NGA serves as the functional manager for GEOINT, the head of the National System for Geospatial Intelligence (NSG) and the coordinator of the global Allied System for Geospatial Intelligence (ASG).

[1] NGA is a unique combination of intelligence agency and combat support agency. It is the world leader in timely, relevant, accurate and actionable GEOINT. NGA enables the U.S. intelligence community and the Department of Defense (DOD) to fulfill the president's national security priorities to protect the nation. NGA also anticipates its partners' future needs and advances the GEOINT discipline to meet them. NGA is the lead federal agency for GEOINT and manages a global consortium of more than 400 commercial and government relationships. NGA website: https://www.nga.mil/About/Leadership/Pages/default.aspx

8. The Director met with Mrs. Williams regarding the Knight incident. Summarily stated, Director Cardillo relayed input provided by Susan Gordon, Deputy Director and Cindy Ryan, NGA's General Counsel, to the effect that the Agency was not responsible for Mr. Knight.

9. At no time did NGA deny Mr. Knight committed the acts complained of herein.

10. Prior to Bobby Knight's unwarranted and unsolicited actions, Mrs. Williams was already suffering from post-traumatic stress disorder (PTSD).

11. Veterans Administration officially diagnosed Ms. Williams as a disabled veteran with Post Traumatic Stress Disorder as a result of Military Sexual Trauma ("MST") experienced during her Army career.

12. Mr. Knight's actions exacerbated her condition so much so that she was not cleared to return to full-time status until nine (9) months after his inappropriate conduct.

**COUNT I**
**SEXUAL ASSAULT AND BATTERY**
**(Bobby Knight)**

13. Paragraphs 1-12 are reincorporated by reference as if fully set forth herein.

14. Mrs. Williams had not met Bobby Knight prior to the July 10th event.

15. Mrs. Williams did not know Bobby Knight nor did Mrs. Williams give him permission to touch her body. In other words, Mrs. Williams was not asked nor did she consent to Bobby Knight touching her body on July 10th or at any other time.

16. As a direct and proximate result of Bobby Knight's actions, Mrs. Williams suffered harm, humiliation and embarrassment in such a manner as to exacerbate her medically-diagnosed condition of MST.

**COUNT II**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
**(Bobby Knight)**

17. Paragraphs 1-17 are reincorporated by reference as if fully set forth herein.

18. Bobby Knight had a duty to refrain from inappropriately touching Mrs. Williams.

19. Bobby Knight's action of patting and grabbing Mrs. Williams' buttocks was socially unacceptable, crude and outrageous conduct that breached the duty he owed Mrs. Williams.

20. As a direct and proximate result of Bobby Knight's unwanted and lewd sexual actions, Mrs. Williams suffered and continues to suffer severe emotional distress

**WHEREFORE**, as a direct result of the actions of Defendant Bobby Knight, Terri Williams has been subjected to and continues to suffer significant harm mentally and emotionally and hereby seeks judgment against Defendant Knight following a full trial on the merits of this complaint, to include damages in the amount of Two Million Dollars ($2,000,000.00), plus expenses and attorney's fees.

**PLAINTIFF DEMANDS A JURY TRIAL.**

Respectfully submitted,
TERRI WILLIAMS

By: [signature]

S. Howard Woodson, III (VSB #35759)
LAW OFFICE OF S. H. WOODSON, III, P.C.
2121 Eisenhower Ave., Suite 200
Alexandria, A 22314
(703) 548-1948 – Telephone
(703) 548-1969 – Facsimile
shw@shwoodsonpc.com – Email
*Counsel for Plaintiff*

LAW OFFICE OF
S. HOWARD WOODSON, III
A PROFESSIONAL CORPORATION
2121 EISENHOWER AVE., SUITE 200
ALEXANDRIA, VIRGINIA 22314

S. HOWARD WOODSON, III A o

ADMITTED VIRGINIA BAR A
ADMITTED DISTRICT OF COLUMBIA BAR o

TELEPHONE (703) 549-1948
FACSIMILE (703) 549-1069
E-MAIL: SHW@SHWOODSONPC.COM

FILED
CIVIL INTAKE
2017 DEC 15 PM 1:07
JOHN T. FREY
CLERK, CIRCUIT COURT
FAIRFAX, VA

December 13, 2017

The Honorable John Frey – CLERK
Fairfax County Circuit Court
4110 Chain Bridge Road, 3rd Floor
Fairfax, VA 22030

Re: Williams v Knight – Case No. 2017-09459
Request for Issuance of Summons for Service by Private Process Server

Dear Mr. Frey:

Please except for Service by Private Process Server the enclosed copy of the Complaint in the above captioned action.

The service requested is as follows:

Serve: Robert Knight
c/o Henry W. Asbill, Esquire
1 Louisiana Ave., NW
Washington, DC 20001-2113
*Local Counsel for Robert Knight*

Also enclosed is a stamped return envelope for return of the Service copy and Summons.

Please call me if there are any questions concerning this request. Thank you for your assistance in this matter.

Sincerely yours,

S. Howard Woodson III

S. Howard Woodson, III

SHW/nbm
Enclosures

# FAIRFAX CIRCUIT COURT
# NOTICE OF SCHEDULING CONFERENCE
# LAW TRACK

Terri L Williams

vs. Case No. CL-2017-0009459

Robert Knight

To: S Howard Woodson III
Law Office of S. H. Woodson, III, PC
431 N. Lee Street
Alexandria VA 22314

In an effort to resolve your case quickly and fairly, the court has placed a **Special Scheduling Conference** for this case on the docket.

**You are to appear for the Special Scheduling Conference at 8:30 AM, on February 13, 2018 at the Judicial Center, 4110 Chain Bridge Road, in Fairfax. The docket with courtroom assignments will be posted electronically on the monitors located on the 4th and 5th floor of the Judicial Center the morning of the scheduling conference.**

**It is noted that not all of the defendants have been served.** If service is accomplished prior to the scheduling conference, please notify us so we can advise the defendant(s) of the scheduling conference date and a trial date can be set at the scheduling conference. If the defendant(s) have not been served, please plan to discuss the reasons for the non-service of this case.

***The Judges of the Fairfax Circuit Court***

***12/15/2017***

SPS

**COMMONWEALTH OF VIRGINIA**
**CIRCUIT COURT OF FAIRFAX COUNTY**
**4110 CHAIN BRIDGE ROAD**
**FAIRFAX, VIRGINIA 22030**
**703-691-7320**
**(Press 3, Press 1)**

Terri L Williams vs. Robert Knight

CL-2017-0009459

TO: Robert Knight
c/o Henry W Asbill, Esquire
1 Louisiana Ave NW
Washington DC 20012-113

## SUMMONS – CIVIL ACTION

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.

Done in the name of the Commonwealth of Virginia, on December 18, 2017.

JOHN T. FREY, CLERK

By: Betty B Whede
Deputy Clerk

Plaintiff's Attorney: S Howard Woodson III