IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TERRI L. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-00097 |
| | ) |
| ROBERT KNIGHT, | ) |
| | ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). In Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss she requests that this Court allow Plaintiff leave to amend her Complaint. The Court is of the opinion that leave to amend is appropriate here, and it is hereby

ORDERED that Plaintiff is granted leave to amend the Complaint and Defendant's Motion to Dismiss is DENIED AS MOOT. The Plaintiff may have 20 days to file the amended complaint.

*/s/ Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 23, 2018